**James Paul BASH, Petitioner–Appellant,**

v.

**Thomas MADDOCK, Director of Corrections; Attorney General of the State of California, Respondents–Appellees.**

No. 98–56730.

D.C. No. CV–98–01909–WMB.

United States Court of Appeals, Ninth Circuit.

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

488

Submitted April 4, 2000.[1]

Decided Feb. 22, 2001.

Before HUG, FERGUSON, Circuit Judges, RESTANI[2], Judge.

### ORDER

The United States Supreme Court California has rendered its decision in *Artuz v. Bennett*, 531 U.S. 4, 121 S.Ct. 361, 148 L.Ed.2d 213 (2000).

Therefore this case is resubmitted for decision.

### MEMORANDUM[3]

The order of the district court dismissing the petition of habeas corpus is reversed and the case is remanded to the district court for reconsideration pursuant to *Artuz v. Bennett*, 531 U.S. 4, 121 S.Ct. 361, 148 L.Ed.2d 213 (2000)

REVERSED and REMANDED.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. Honorable Jane A. Restani, Judge, United States Court of International Trade, sitting by designation.

3. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

